# Supreme Court of Texas

No. 22-0156

In re Kinder Morgan SACROC, LP; Kinder Morgan CO$_2$ Co., LP; Kinder Morgan Production Co., L.P.; and Kinder Morgan Production Co., LLC,

*Relators*

## On Petition for Writ of Mandamus

**PER CURIAM**

Justice Bland did not participate in the decision.

Relators seek mandamus relief from the district court's denial of their motion challenging opposing counsel's authority under Texas Rule of Civil Procedure 12. This Court recently decided *Pecos County Appraisal District v. Iraan-Sheffield Independent School District*, ___ S.W.3d ___ (Tex. 2023), which involved a Rule 12 motion in similar litigation. The petition for writ of mandamus is denied, but the district court should reconsider its ruling in light of this Court's recent decision.

**OPINION DELIVERED**: June 23, 2023